IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL PERRY  PLAINTIFF
ADC #096905

v.  No: 5:19-cv-00088 JM-PSH

RORY GRIFFIN, *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Perry's claims against the Arkansas Department of Correction are dismissed without prejudice for failure to state a claim upon which relief may be granted.

DATED this 10th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE