IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL PERRY**     **PLAINTIFF**
**ADC #096905**

v.     No: 5:19-cv-00088 JM-PSH

**RORY GRIFFIN,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Griffin's motion for summary judgment (Doc. No. 14) is granted, and Perry's claims against Griffin are dismissed without prejudice. Griffin's motion to dismiss (Doc. No. 13) is denied as moot. Perry's claims against the Medical Defendants remain pending.

DATED this 6th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE