**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**


**MICHAEL PERRY**                                                                                    **PLAINTIFF**
**ADC #096905**

**v.**                                         **No: 5:19-cv-00088 JM-PSH**


**CHRIS HORAN,** *et al.*                                                                    **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Michael Perry requests a stay of discovery until the defendants' motion to revoke his *in forma pauperis* status (Doc. No. 44) is resolved.  For good cause, plaintiff's motion to stay discovery (Doc. No. 51) is GRANTED.  Discovery in this case is stayed until further order.

IT IS SO ORDERED this 17th day of July, 2019.


_____
UNITED STATES MAGISTRATE JUDGE