IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL PERRY                                                                                           PLAINTIFF
ADC #096905

v.                                      No: 5:19-cv-00088 JM-PSH

RORY GRIFFIN, *et al.*                                                                              DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Preliminary relief is not warranted. Perry's motion for a preliminary injunction is therefore denied.

IT IS SO ORDERED.

DATED this 18th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE