IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL PERRY**  **PLAINTIFF**
**ADC #096905**

v.  No: 5:19-cv-00088 JM-PSH

**CHRIS HORAN,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Defendants' Motion to Revoke Plaintiff's *In Forma Pauperis* Status (Doc. No. 44) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

2. Perry's motion for relief (Doc. No. 54) is DENIED as MOOT.

3. Perry is given thirty days to reopen the case by paying the $400 filing fee in full and filing a Motion to Reopen.

DATED this 19th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE