IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL PERRY**  PLAINTIFF
**ADC #096905**

v.  No: 5:19-cv-00088 JM-PSH

**CHRIS HORAN,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 19th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE